UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                    Case No. 10-CR-44-01/02-SM

<u>Scott Farah and Donald Dodge</u>

O R D E R

I hereby recuse myself from this case.

SO ORDERED.

April 9, 2010

                                        Steven J. McAuliffe
                                        Chief Judge, U.S. District Court

cc:  Donald Feith, AUSA
     Mark Zuckerman, AUSA