UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.        Criminal No. 10-cr-44-01-02-JD

Scott Farah, et al.

O R D E R

I hereby recuse myself from this case.

SO ORDERED.

April 13, 2010        /s/ Joseph A. DiClerico, Jr.
        Joseph A. DiClerico, Jr.
        United States District Judge

cc:   Michael D. Ramsdell, Esq.
      Mark Howard, Esq.
      Donald A. Feith, Esq.
      Mark S. Zuckerman, Esq.
      U. S. Marshal
      U. S. Probation