**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                     Case No. 10-cr-44-PB

**Scott Farah and**
**Donald Dodge**


**O R D E R**

Defendant Donald Dodge, through counsel, has moved to continue the trial scheduled for June 2, 2010, citing the need for additional time to review extensive discovery and prepare a defense.  The government and co-defendant, Scott Farah, do not object to a continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from June 2, 2010 to October 5, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The May 21, 2010 final pretrial conference is continued to September 27, 2010 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 20, 2010

cc:   Mark E. Howard, Esq.
      Michael Ramsdell, Esq.
      Mark Zuckerman, AUSA
      United States Probation
      United States Marshal